UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE JOSEPH EDWARD KLOIAN,

      Debtor,                             Case No. 09-CV-10073

                                        /

**ORDER DIRECTING BRIEFING ON BANKRUPTCY APPEAL**

On January 7, 2009, Debtor, and his attorneys Bruce R. Redman and Hugh M. Davis, Jr., ("Appellants") filed a notice of appeal under 28 U.S.C. § 158(a), seeking the review of two orders from the bankruptcy court.  They seek review of an "Order of Contempt and Striking Pleading Numbers 2535, 2537, 2544, 2547, and 2548 dated December 22, 2008" and an "Order Granting Debtors Permission for Limited Personal Participation in Selected Manners."  Appellants, however, did not file any brief which might inform this court as to the basis for their appeal.  Accordingly,

IT IS ORDERED that Appellants file a brief, addressing their basis for appealing the two above orders, on or before **February 13, 2009**.  If the court does not receive Appellants' brief at that time, this appeal will be dismissed.

                                          S/Robert H. Cleland
                                          ROBERT H. CLELAND
                                          UNITED STATES DISTRICT JUDGE

Dated:  February 3, 2009

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, February 3, 2009, by electronic and/or ordinary mail.

      S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522